

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRYNELL MCFARLAND, | § | No. 08-12-00217-CR |
| Appellant, | § | Appeal from the |
| v. | § | 363rd District Court |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| Appellee. | § | (TC# F-0872946-W) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of conviction should be modified to reflect that: (1) Appellant entered a plea of not true to each of the violations alleged in the State's Amended Motion to Revoke Probation or Proceed with an Adjudication of Guilt filed on March 28, 2012; (2) the trial court found to be true allegations four through twelve of the State's Amended Motion to Revoke Probation or Proceed with an Adjudication of Guilt filed on March 28, 2012; (3) Appellant did not enter a plea bargain with respect to the State's motion to adjudicate; and (4) Assistant District Attorney Brian Poe represented the State during the April 27, 2012, adjudication proceedings. We therefore affirm the trial court's judgment as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.